CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 25 2012

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RONALD AREHART, | ) CASE NO. 7:12-cv-215 |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| GREGORY HOLLOWAY, ET AL., | ) By: James C. Turk |
| | ) Senior United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that Defendants' motion for summary judgment for failure to comply with 42 U.S.C. § 1997e(a) is **GRANTED** as to Plaintiff's claims against Defendant Holloway, but **DENIED** as to claims against Defendant Jennings. The Clerk is directed to terminate Defendant Holloway as a party. Defendant Jennings shall file a motion for summary judgment on the merits within 30 days of the entry of this order.

The Clerk is directed to send copies of this memorandum opinion and accompanying order to the pro se Plaintiff and counsel of record for the Defendants.

ENTER: This 25th day of September, 2012.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge